

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:     Lamar Marcell Hunter v. The State of Texas

Appellate case number:   01-14-00895-CR

Trial court case number: 12-CR-1921

Trial court:             10th District Court of Galveston County

This case was abated and remanded to the trial court on March 24, 2015. In the abatement order, we directed the trial court to execute an amended certification of appellant's right to appeal. The district clerk has filed a supplemental clerk's record containing an amended certification of appellant's right to appeal. Accordingly, we REINSTATE this case on the Court's active docket.

Appellee's brief, if any, is due to be filed no later than 30 days from the date of this order. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
           ☒ Acting individually    ☐ Acting for the Court

Date: April 7, 2015